**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA REINGOLD, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELEMENTS THERAPEUTIC MASSAGE, LLC and GO MODERN HEALTH CORP.,<br><br>Defendants. | Case No. 8:20-cv-00785-GW (DFMx)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>Judge: Hon. George H. Wu |

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses her claims with prejudice and dismisses the putative class claims without prejudice, with the parties to bear their own costs and attorneys' fees.

DATED:      November 25, 2020            Respectfully submitted,

*/s/ Michael T. Houchin*
MICHAEL T. HOUCHIN

**LAW OFFICES OF**
**RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
Lilach Halperin
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiff and the Proposed Class***

1

*Reingold v. Elements Therapeutic Massage, LLC, et al.*, Case No. 8:20-cv-00785-GW (DFMx)
NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE